O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLYN JONES, | ) | NO. EDCV 13-01410-MAN |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATED: March 18, 2015

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE